1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney

2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  ALICIA W. FENRICK (CSBN 193860)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94618
       Telephone: (510) 637-3680
7      FAX: (510) 637-3724

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                        OAKLAND DIVISION
12

13
   UNITED STATES OF AMERICA,            )       No. CR 06-00216 CW
14                                       )
              Plaintiff,                 )       STIPULATION FOR CONTINUANCE OF
15                                       )       BRIEFING SCHEDULE
          v.                             )
16                                       )
   LAWRENCE AMMONS,                      )
17                                       )
              Defendant.                 )
18   _____)
                                         )
19
           It is hereby stipulated by and between the parties that the government's opposition filing
20
   date currently scheduled for June 5, 2006 be continued to July 10, 2006, that defendant's reply
21
   filing date be continued to July 31 2006.  The parties request that the time be excluded under the
22
   provisions of the Speedy Trial Act until the court has ruled on the pending motions because the
23
   ends of justice served outweigh the best interest of the public and the defendant in a speedy trial
24
   //
25
   //
26
   //
27
   //
28

1   in order to allow for resolution of the pending pre-trial motion under 18 U.S.C. §3161(h)(1)(F).

2

3   DATED: July 6, 2006                                                /S/
                                                        ALICIA W. FENRICK
4                                                       Assistant United States Attorney

5

6   DATED: July 6, 2006                                                /S/
                                                        JEROME MATTHEWS
7                                                       Counsel for Defendant

8
                                                ORDER
9
        GOOD CAUSE APPEARING, IT IS ORDERED that the government's opposition to
10
defendant's motion to dismissed must be filed on or before July 10, 2006, the defendant's reply
11
must be filed on or before July 31, 2006.
12
        IT IS FURTHER ORDERED that the time be excluded under the provisions of the
13
Speedy Trial Act until the Court has ruled on the motion because the ends of justice served
14
outweigh the best interest of the public and the defendant in a speedy trial in order to allow for
15
resolution of the pending pre-trial motion under 18 U.S.C. §3161(h)(1)(F).
16

17

18
DATED: July ___7___, 2006
19                                                      CLAUDIA WILKEN
                                                        United States District Judge
20

21

22

23

24

25

26

27

28                                                 2