1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4   ALICIA FENRICK (CSBN 193860)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340S
6     Oakland, California 94612
      Telephone: (510) 637-3924
7     FAX: (510) 637-3724

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          OAKLAND  DIVISION
12

13
   UNITED STATES OF AMERICA,        )   No. 06-00216 CW
14                                  )
        Plaintiff,                  )   ORDER GRANTING STIPULATION FOR
15                                  )   CONTINUANCE OF BRIEFING
     v.                             )   SCHEDULE
16                                  )
   LAWRENCE AMMONS,                 )
17                                  )
        Defendant.                  )
18  _____)

19      It is hereby stipulated and agreed between the parties that the government's

20 opposition to defendant's motion to suppress will be filed on or before Thursday, July 13,

21 2006.  The reason for the continuance is due to government's counsel's absence due to

22 family illness.  All other dates are to remain the same.

23

24 DATED: July 10, 2006            _____/s/_____
                                    ALICIA FENRICK
25                                  Assistant United States Attorney

26
   DATED: July 10, 2006            _____/s/_____
27                                  JEROME MATTHEWS
                                    Counsel for Defendant
28

STIPULATION AND  ORDER
[CR 06-00216 CW]
                                    1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

Good cause appearing, it is ordered that the government's opposition to defendant's motion to suppress must be filed on or before July 13, 2006.

DATED: July 17, 2006

_____
CLAUDIA WILKEN
United States Judge

STIPULATION AND ORDER
[CR 06-00216 CW]

2