**FILED**

SEP 1 - 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff(s),<br>v.<br><br>LAWRENCE MALIK AMMONS,<br><br>　　　　　　Defendant(s).<br>_____ / | No. CR-06-00216 CW  (WDB)<br><br>**REPORT AND RECOMMENDATION** |

On September 1, 2006, pursuant to the parties' agreement, I conducted the Rule 11 proceeding in this matter. I am fully satisfied that it is appropriate to enter the defendant's guilty plea on Count 1 of the Indictment and I therefore RECOMMEND that Judge Wilken do so.

IT IS SO REPORTED AND RECOMMENDED.

Dated:

WAYNE D. BRAZIL
United States Magistrate Judge

Copies to:
Parties of Record via ECF;  Sheilah;  WDB's Stats;  Probation

G:\WDBIVY\CRORDERS\R&R for Guilty Plea.CW

UNITED STATES DISTRICT COURT
For the Northern District of California