IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

LAWRENCE AMMONS,

        Defendant.
                                  /

No.06-00216 CW

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE GUILTY PLEA

    The Court has reviewed Magistrate Judge Wayne D. Brazil's Report and Recommendation Re Entry of Plea of Guilty and adopts the Recommendation in every respect.  Accordingly,

    IT IS ORDERED that a plea of guilty is hereby entered as to the sole count of the Indictment charging Defendant Lawrence Ammons with being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1).  Sentencing is set for November 13, 2006, at 2:00 p.m.  The Defendant shall report to the U.S. Probation Office for preparation of a Presentence Report.  The trial previously set for September 5, 2006, is vacated.

Dated:    9/5/06

                                            /s/ Claudia Wilken
                                            CLAUDIA WILKEN
                                            United States District Judge

cc: WDB; U.S. Probation