IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>LAWRENCE AMMONS,<br><br>      Defendant.<br>_____/ | No. CR 06-00216 CW<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR MODIFICATION OF SUPERVISED RELEASE |

    Defendant Lawrence Ammons moves for modification of the terms of his supervised release.  Mr. Ammons was sentenced to fifty-seven months in prison followed by three years of supervised release with a special condition that he spend six months in a halfway house following his release from custody.  Mr. Ammons has served his prison sentence and now resides in a halfway house.  He requests that the Court permit his early release from the halfway house. Defendant represents that his probation officer feels that the transitional goals of halfway house residency have been achieved and that an additional six months residency there is not warranted. The government, upon consultation with the probation officer, accepts the probation officer's recommendation regarding early release.

    Therefore, the Court exercises the authority granted to it

under Federal Rule of Criminal Procedure 32.1(c)(2)(B) and (C) (Court may modify supervised release without hearing if the relief is favorable and government has received notice and has not objected); and 18 U.S.C. § 3583(e) (Court may modify conditions of supervised release after considering factors listed in 18 U.S.C. § 3553(a)(1), (a)(2)(B),(C) and (D), (a)(4), and (a)(5)).

After considering the factors noted in § 3553 and, with no objection from the government after receiving notice, the Court grants Mr. Ammon's motion to modify the terms of his supervised release.  The halfway house is to release Mr. Ammons as directed by the probation office.

IT IS SO ORDERED.

Dated: September 13, 2010

CLAUDIA WILKEN
United States District Judge